**Floyd Bruce MOBLEY, Plaintiff–Appellant,**

v.

**CITY OF CHESAPEAKE, VIRGINIA; City of Chesapeake Police Department; James J. Blount, Officer, Defendants–Appellees.**

No. 06–2063.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 2, 2007.

Floyd Bruce Mobley, Appellant Pro Se. Alan Brody Rashkind, Furniss, Davis, Rashkind & Saunders, Norfolk, Virginia, for Appellees.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Bruce Mobley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mobley v. City of Chesapeake,* No. 2:06–cv–00139–JBF (E.D.Va. Aug. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*